# EXHIBIT 1

# EXHIBIT 1

| Home | Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services |
|------|-------------------|-----------------|-----------------|------------------|-------------------|-----------------|

My Data Reports   Business Entity Search   Login (File Annual Lists)   Login (Data Reports)

# KIRVIN DOAK COMMUNICATIONS

New Search          Printer Friendly          Calculate List Fees

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 1/07/1999 |
| Type: | Domestic Corporation | Entity Number: | C234-1999 |
| Qualifying State: | NV | List of Officers Due: | 1/31/2011 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19991143853 | Business License Exp: | 1/31/2011 |

### Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | LORI A MARRS | Address 1: | 3615 S TOWN CENTER DR STE 100 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89135 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

View all business entities under this registered agent

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 10,000.00 | Capital Amount: | $ 0 |

No stock records found for this company

### Officers                                    ☒ Include Inactive Officers

**Treasurer - WILLIAM F DOAK**

| | | | |
|---|---|---|---|
| Address 1: | 10900 SUMMER QUAIL AVE | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89144 | Country: | |
| Status: | Active | Email: | |

**Secretary - DAVID KIRVIN**

| | | | |
|---|---|---|---|
| Address 1: | 1401 PINELEAF DR | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89144 | Country: | |
| Status: | Active | Email: | |

**President - DAVID KIRVIN**

| | | | |
|---|---|---|---|
| Address 1: | 1401 PINELEAF DR | Address 2: | |
| City: | LAS VEGAS | State: | NV |

Case 2:10-cv-01482-LRH-LRL   Document 1-2   Filed 08/31/10   Page 3 of 17

| Zip Code: | 89144 | Country: | |
|---|---|---|---|
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 19 actions\amendments associated with this company

Important Notice: Entities with a March 2010 annual list due date whose lists were received by March 31, but have not yet been processed due to processing backlog, may show as in "Default" in the Business Entity Search until all March filings are processed. We expect completion of these filings by May 14th.

**Information Center** | **Election Center** | **Business Center** | **Licensing Center** | **Securities Center** | **Online Services** | **Contact Us** | **Sitemap**

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708
© 2010 All Rights Reserved. Privacy Policy and Disclaimer | About This Site

# EXHIBIT 2

# EXHIBIT 2



KIRVINDOAK
COMMUNICATIONS

| Home | Services | Case Studies | Newsroom | Blog | About Us | Practices | Contact Us |

## About KirvinDoak Communications

- 🖹 **Dave Kirvin, Partner**
- 🖹 **Bill Doak, Partner**
- 🖹 **Terri L. Maruca, Vice President**
- 🖹 **Debbi Medsker, Vice President of Marketing**
- 🖹 **Kate Turner Whiteley, Sr. Account Director**
- 🖹 **Natalie Mounier, Account Director**



### Dave Kirvin, Partner



For 15 years, Dave has helped lead Kirvin Doak Communications in developing and executing outcome-driven public relations and marketing communications campaigns for the most successful and high-profile entities in Las Vegas.

With a broad base of experience, and relationships with key media in fields including travel, entertainment, hospitality, retail, healthcare and sports, Dave has helped carve out difference-making strategies for clients including MGM Resorts International, Wolfgang Puck Fine Dining, Cirque du Soleil, Siegfried & Roy, Tiffany & Co, BASE Entertainment, Nevada Cancer Institute and many more.

Since playing a key role in the opening of Bellagio in 1998, Dave has been closely aligned with many of the city's most visible and well-covered events, including the openings of Mandalay Bay, four Cirque du Soleil productions, five Wolfgang Puck Fine Dining restaurants, JERSEY BOYS, Disney's The Lion King, PURE nightclub and dozens more.

Dave led the KDC crisis communications effort surrounding the tragic on-stage incident of Roy Horn in 2004, which brought an end to the most successful show in Las Vegas history — Siegfried & Roy. The agency continues to coordinate all facets of the duo's communications and marketing efforts.

Dave founded Kirvin Communications Group in 1999, and partnered with Bill Doak to form Kirvin Doak Communications in 2002. Dave came to Las Vegas when he was hired to open the Las Vegas office for Brener Zwikel & Associates in 1994. He went on to create the public relations division of Carrara Nevada Government Affairs & Public Relations.

Dave is a member of the Las Vegas Founders, a civic organization which has raised $15 million for Las Vegas charities. He also volunteers for a variety of non-profit organizations including Three Square, Opportunity Village, American Cancer Society and the Lied Animal Shelter. He was named to In Business Las Vegas' "Most Influential" list and its "Top 40 under 40." In 2009, the Nevada Cancer Institute honored Dave as one of the "Vegas Dozen."

A former award-winning journalist in Colorado and California, he is a graduate of Western State College in Gunnison, Colorado.

Back to top

### Bill Doak, Partner



Considered one of the leading authorities in Las Vegas marketing and public relations, Bill brings two decades of experience to Kirvin Doak Communications. His successful track record and experience offers an invaluable mix of in-house resort marketing and agency public relations for some of the world's finest hospitality and gaming brands.

Bill is responsible for overseeing strategic development for the agency and spearheads client work in the



areas of marketing strategy and brand development. In the past four years he has helped design and oversee successful marketing public relations campaigns for several MGM Resorts International, Las Vegas developments and more than a dozen tourist-based product launches. He lead the public relations strategy for the opening of CityCenter for nearly three years.

A veteran of the Las Vegas resort industry, Bill was responsible for the successful promotional launch of Mandalay Bay in March of 1999. As marketing director for the resort, he led all promotional activities including brand and event campaigns.

Prior to joining Mandalay Bay, Bill served as director of public relations and promotions for MGM Grand from 1994 to 1998. He played a key role in the promotion and planning of Las Vegas' biggest events including both Evander Holyfield vs. Mike Tyson championship fights, The Tonight Show with Jay Leno, FOX Billboard Music Awards and dozens of major concert and special events.

From 1990-1994, Bill served as an account executive at the firm of Brener Zwikel & Associates (Reseda, Calif.) for clients such as SHOWTIME Networks; The Mirage; Super Bowls XXV, XXVI and XXVII; Slim Fast; International Management Group and MGM Grand.

From September of 2000 until June of 2002, Bill was marketing director for DHL Worldwide Express, the world's leading international air express carrier. There, he was responsible for building a U.S. marketing team, communications related to the company's restructuring and acquisition, and a revitalization of the DHL brand.

Bill earned a Bachelor of Science from California Polytechnic, San Luis Obispo in 1989; an MBA from the University of Nevada Las Vegas in 2000; and holds an Executive Certificate in Leadership and Management from the University of Notre Dame.

Back to top

## Terri L. Maruca, Vice President



Terri brings over 17 years of marketing, promotions and public relations experience to Kirvin Doak Communications. While with Kirvin Doak Communications, she has successfully implemented public relations campaigns, property and venue openings, groundbreaking and community events for clients such as N9NE Group, Golden Gaming, Sunrise Hospital & Medical Center, Hard Rock Hotel & Casino, AEG Live Las Vegas (Bette Midler, Cher and Carlos Santana) Silverton Casino Lodge, Miracle Mile Shops, the Wolfgang Puck Fine Dining Group and Greenspun Media Group. She currently manages a staff of ten employees.

Terri joined Kirvin Doak Communications in 2000 from The Desert Inn Resort where she was the advertising and public relations manager. While at The Desert Inn Resort, she assisted in public relations and advertising for the resort, including the spa, gaming, entertainment, dining and golf course. She played an instrumental role in The Desert Inn's 50th Birthday Celebration in April of 2000.

She brings to Kirvin Doak Communications' clients a strong background in public relations, marketing and special events. She began her career in Washington, D.C., where she worked as the director of advertising, promotions and game operations for the Washington Wizards and Capitals. There she coordinated season ticket holder events, team music videos, in-game promotions including the supervision of team mascots, in-game entertainment and advertising.

Terri holds a degree in Communications from Pennsylvania State University in State College, Pennsylvania. She was named one of Southern Nevada's Most Distinguished Women in 2002 and was the recipient of 40 under 40 by In Business Las Vegas in 2008. She serves as board member for the Boys & Girls Clubs of Las Vegas.

Back to top

## Debbi Medsker, Vice President of Marketing



Debbi is one of Las Vegas' premier branding and media planning strategists. She has spent the last 13 years in the hospitality industry at Luxor, Mandalay Bay and MGM Grand. Her experience has been in both the sales and marketing arena of several leading resort destinations in the Las Vegas market.

Debbi launched the re-branding campaign for Luxor and was the Director of Advertising for the successful opening of Mandalay Bay Resort & Casino. She planned and managed a launch and entertainment budget for Mandalay Bay in excess of $15 million in 1999.

Her efforts include leading the initiative to re-brand MGM Grand. This encompassed the initial brand assessment, research and internal infusion of the brand to employees. In addition, Debbi directed the strategic development of media plans and creative direction for marketing of all MGM Grand brands which totaled more than $20 million annually. She also oversaw the communications and measurement of the brand throughout all key operations of MGM Grand.

She has developed and managed numerous entertainment campaigns for the Mandalay Bay Events Center and the MGM Grand Garden Arena. She most recently planned and lead the $5 million ad plan for the launch of KA by Cirque du Soleil.

Since joining Kirvin Doak Communications in 2005, Debbi has directed the development of the Marketing Division of Kirvin Doak Communications.  Clients include Phantom Las Vegas, Blue Man Group, Jersey Boys, Wolfgang Puck Fine Dining, Wolfgang Puck Casual Dining, XPRIZE Foundation, Nevada State College and Las Vegas Springs Preserve.  Her efforts include overseeing brand development and research, brand architecture, media strategy and planning, product and promotion integration.

Debbi directed the brand development for the successful opening of the 180-acre Springs Preserve in 2007, the marketing strategy for the Blue Man Group relocation to The Venetian and media strategy for the Wolfgang Puck Fine Dining Group nationally.

She continues to lead the development of the Marketing Division, including a staff which encompasses account services, promotions and media buying.

Back to top

## Kate Turner Whiteley, Sr. Account Director



A consummate news hound and former reporter, Kate prides herself in translating her clients' goals into tangible story ideas that are relevant to today's newsrooms and result in compelling and meaningful content. In conjunction with her team at Kirvin Doak Communications, Kate has blended her experience as a television reporter with the firm's award-winning public relations practices to create comprehensive, multi-media public relations campaigns for some of Las Vegas' most exciting brands including MGM Resorts International, Pure Management Group and BASE Entertainment.

Kate joined Kirvin Doak Communications in 2002 after working her way across the country as a television news reporter.  Thanks to the firm's founders and Vice President, she was able to learn the ins and outs of public relations from the best in the business.  Given the freedom to explore new ideas and the support to experiment, Kate blossomed at Kirvin Doak Communications, where she now leads a team of nine and handles the PR efforts for clients as diverse as JERSEY BOYS, BODIES . . . The Exhibition and Keep Memory Alive.

Always striving to present a multi-faceted campaign, Kate is often found securing impactful placements, coordinating promotions, planning gala events, crafting story ideas and mentoring the younger members of Kirvin Doak Communications.  She holds a bachelors degree from the University of Colorado at Boulder in Journalism and Political Science, is a proud member of KNPR's Community Advisory Board and spends as much free time as possible outside enjoying the Las Vegas Valley with her husband, Gavin, and her three dogs.

Back to top

## Natalie Mounier, Account Director



Natalie brings more than a decade of public relations and marketing experience to Kirvin Doak Communications. Her experience runs the gamut from travel/hospitality, culinary, spa, luxury retail and entertainment to corporate, consumer electronics, sustainability, health care, real estate, adventure and even space tourism clients. She has been responsible for driving successful public relations campaigns for some of Las Vegas' most high-profile destinations and resorts, including CityCenter's ongoing media relations campaign, specific offerings at Mandalay Bay including Disney's THE LION KING and BATHHOUSE Spa, and the Las Vegas Convention and Visitors Authority. In 2007, she led the PR effort for the successful launch of MGM Grand Detroit, and in 2006, the re-launch of Beau Rivage in Biloxi, Mississippi one year after the Hurricane Katrina disaster. Natalie also represents such clients as the Nevada Cancer Institute; National Clean Energy Summit, which joined Senator Reid, former President Bill Clinton, T. Boone Pickens and Mayor Bloomberg to address the country's energy challenges; the X PRIZE Foundation, which is dedicating to achieving radical breakthroughs that impact humanity's greatest challenges; Zero Gravity Corporation; and Space Adventures, the only company in the world flying private explorers to the ISS.

Before moving to Las Vegas, Natalie was part of the consumer marketing and public relations division of Hill & Knowlton Los Angeles, where she implemented national campaigns for Motorola North America, Proctor and Gamble. In addition to ongoing media relations for Motorola, Natalie helped plan and coordinate successive annual media launch events for the company's global product portfolios in New York City, Milan and Shanghai. And, faced with re-launching Cheer detergent, which was neither new nor improved, she successfully tackled the "dingy laundry dilemma" with humor and imagination. She started her career with Nissan North America.

Natalie has planned and managed client participation in community events of all sizes, including sponsorship negotiations and charitable partnerships. Notable events include the Academy of Country Music Awards, Academy Awards and several Las Vegas events including Susan G. Komen's "Race for the Cure", Alzheimer's Association's "Memory Walk", American Heart Association's "Heart Walk", American Diabetes Association's "Tour de Cure", Las Vegas Marathon and Las Vegas Bike Fest.

# EXHIBIT 3

# EXHIBIT 3

# RÉVIEW-JOURNAL
## LAS VEGAS
### reviewjournal.com

February 11, 2010
Copyright © Las Vegas Review-Journal

## Dion plans 'extraordinary' song mix

Mike Weatherford

By MIKE WEATHERFORD

LAS VEGAS REVIEW-JOURNAL

Fans have to wait a year to see the show, but not to buy tickets for Celine **Dion**'s long-expected return to the Colosseum at Caesars Palace next year.

But there will be fewer shows this time, planned around the school calendar of the singer's 9-year-old son.

Tickets go on sale Friday for shows launching March 15, 2011. The production will be a departure from her long-running "A New Day," with a 31-piece orchestra and band onstage.

"With the orchestra and the band, we're going to be able to perform our **songs** like never before," **Dion** said in a statement released Wednesday. "The repertoire is going to be **extraordinary** ... a **mix** of timeless Hollywood classics, along with all the favorites that my fans like to hear me sing."

She said essentially the same thing to Oprah Winfrey's national audience in the final minute of a Wednesday appearance on the syndicated talk show.

"We're still going to go over the top with the show," says John Meglen, president of the producing company, AEG Live, which operates the Colosseum. However, "With the first show. we came out skewed, if you want to call it, a little toward Cirque du Soleil."

Now, "The market's pretty oversaturated with that stuff. We think we're better going something a little more contemporary revolving solely around Celine," Meglen said.

The Canadian superstar signed on for another three-year hitch at the Colosseum, which needs new anchor tenants after the recent departure of Bette Midler.

But the new schedule will have her performing 70 shows per year instead of 160. And the 70 will revolve around the schedule of the singer's son, Rene-Charles. "Celine is a mom first and foremost," Meglen said. "She wants to work when Rene-Charles is out of school. Our template is that she wants to keep the family together, and so she'll work when the family can all be out there."

The singer never sold the house in the Lake Las Vegas development where she lived during her Colosseum run from 2003 through 2007.

Meeting last week with the singer and her manager-husband, Rene Angelil, Meglen said, "We could just see her energy is so there and she is so excited about this. That's the way they are. The next one's got to be better, more unique than the last one."

The 70 shows have become more the norm for Las Vegas headliners such as Barry Manilow and Cher. **Dion**'s original Colosseum venture launched with 200 shows each year in 2003, but she cut back to 160 when that proved too taxing.

"I honestly wish we had more (than 70)," Meglen said. The old schedule was based on "what she could take (physically). It wasn't ever a sales factor. The sales were always there."

It has been no secret that AEG wanted to have **Dion** back. The singer toured for a year after "A New Day" closed in December 2007. Her career **plans** of late apparently revolved around attempts to conceive a second child through in vitro fertilization.

The ticket price range of $55 to $250 (before taxes and service charges) are $22 less expensive on the low end and $25 more on the high end compared to "A New Day." Tickets go sale at 10 a.m. Friday at Caesars and Ticketmaster outlets.

Meglen said the early on-sale date allows fans "lots of time to **plan** and get their schedules together. AEG also put the singer's 2008 world tour on sale more than a year in advance.

Meglen said he was looking for two more "anchor" acts for the Colosseum in addition to **Dion**, Jerry Seinfeld and Cher, whom he expects to continue there. "The best way to explain (the Cher deal) is, it's not broken, we don't need to fix it, we just need to continue it."

Contact reporter Mike Weatherford at mweatherford@ reviewjournal.com or 702-383-0288.

# EXHIBIT 4

# EXHIBIT 4



## Celine Dion: Las Vegas Review-Journal

Feb. 11, 2010
Copyright © Las Vegas Review-Journal

# Dion plans 'extraordinary' song mix

**Singer's new show, launching March 15, 2011, at Caesars, will include orchestra, band onstage**

By MIKE WEATHERFORD
LAS VEGAS REVIEW-JOURNAL

Fans have to wait a year to see the show, but not to buy tickets for Celine Dion's long-expected return to the Colosseum at Caesars Palace next year.

But there will be fewer shows this time, planned around the school calendar of the singer's 9-year-old son.

Tickets go on sale Friday for shows launching March 15, 2011. The production will be a departure from her long-running "A New Day," with a 31-piece orchestra and band onstage.

"With the orchestra and the band, we're going to be able to perform our songs like never before," Dion said in a statement released Wednesday. "The repertoire is going to be extraordinary ... a mix of timeless Hollywood classics, along with all the favorites that my fans like to hear me sing."

She said essentially the same thing to Oprah Winfrey's national audience in the final minute of a Wednesday appearance on the syndicated talk show.

"We're still going to go over the top with the show," says John Meglen, president of the producing company, AEG Live, which operates the Colosseum. However, "With the first show. we came out skewed, if you want to call it, a little toward Cirque du Soleil."

Now, "The market's pretty oversaturated with that stuff. We think we're better going something a little more contemporary revolving solely around Celine," Meglen said.

The Canadian superstar signed on for another three-year hitch at the Colosseum, which needs new anchor tenants after the recent departure of Bette Midler.

But the new schedule will have her performing 70 shows per year instead of 160. And the 70



## Testimonial

'Kirvin Doak Communications has been a true partner of Nevada Cancer Institute in the fight against cancer. Throughout our five-year relationship, KDC has provided the institute with a high-level, high-performing public relations program. Beyond the scope of work, they have been steadfast in their personal support of our mission and vision. Their passion, professionalism and commitment are admirable. I can say unequivocally that NVCI would not be where we are today without their guidance and partnership.'

- Heather Murren
Chairman and Co-founder, Nevada Cancer Institute

will revolve around the schedule of the singer's son, Rene-Charles. "Celine is a mom first and foremost," Meglen said. "She wants to work when Rene-Charles is out of school. Our template is that she wants to keep the family together, and so she'll work when the family can all be out there."

The singer never sold the house in the Lake Las Vegas development where she lived during her Colosseum run from 2003 through 2007.

Meeting last week with the singer and her manager-husband, Rene Angelil, Meglen said, "We could just see her energy is so there and she is so excited about this. That's the way they are. The next one's got to be better, more unique than the last one."

The 70 shows have become more the norm for Las Vegas headliners such as Barry Manilow and Cher. Dion's original Colosseum venture launched with 200 shows each year in 2003, but she cut back to 160 when that proved too taxing.

"I honestly wish we had more (than 70)," Meglen said. The old schedule was based on "what she could take (physically). It wasn't ever a sales factor. The sales were always there."

It has been no secret that AEG wanted to have Dion back. The singer toured for a year after "A New Day" closed in December 2007. Her career plans of late apparently revolved around attempts to conceive a second child through in vitro fertilization.

The ticket price range of $55 to $250 (before taxes and service charges) are $22 less expensive on the low end and $25 more on the high end compared to "A New Day." Tickets go sale at 10 a.m. Friday at Caesars and Ticketmaster outlets.

Meglen said the early on-sale date allows fans "lots of time to plan and get their schedules together. AEG also put the singer's 2008 world tour on sale more than a year in advance.

Meglen said he was looking for two more "anchor" acts for the Colosseum in addition to Dion, Jerry Seinfeld and Cher, whom he expects to continue there. "The best way to explain (the Cher deal) is, it's not broken, we don't need to fix it, we just need to continue it."

Contact reporter Mike Weatherford at mweatherford@ reviewjournal.com or 702-383-0288.

**Find this article at:**
http://www.lvrj.com/neon/dion-plans-_extraordinary_-song-mix-84094167.html

Home | Services | Case Studies | Newsroom | Blog | About Us | Practices

# EXHIBIT 5

# EXHIBIT 5

# *-APPLICATION-*

## Title

**Title of Work:** Dion plans 'extraordinary' song mix

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 11, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Operating Officer

**Email:** dbrownell@righthaven.com    **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

Page  1 of  2

**Name:**   Steven A. Gibson

**Date:**   May 10, 2010

**Applicant's Tracking Number:**   0001781

**Registration #:**

**Service Request #:**   1-397197902

**Application Date:**   05-10-2010 23:36:34

# Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States