J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>KIRVIN DOAK COMMUNICATIONS, a Nevada corporation; DAVID KIRVIN, an individual; and WILLIAM DOAK, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01482-LRH-LRL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Tuesday August 31, 2010 for copyright infringement against Kirvin Doak Communications ("Kirvin Doak"), David Kirvin ("Mr. Kirvin") and William Doak ("Mr. Doak"). Righthaven, Kirvin Doak, Mr. Krivin and Mr. Doak have agreed to settle the matter by a written agreement.

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

1

Dated this seventh day of September, 2010.

                RIGHTHAVEN LLC

                By: /s/ J. Charles Coons
                J. CHARLES COONS, ESQ.
                Nevada Bar No. 10553
                9960 West Cheyenne Avenue, Suite 210
                Las Vegas, Nevada 89129-7701
                Attorney for Plaintiff